**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  Case #13-31934-AJC
**Debtor:** Malinda Boatwright  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [ x ] Other: Borrower failed to provide requested documents and information.

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 05.13.16    Signature of Mediator: _____ //s// D. Jean Ryan
   Printed Name: D. Jean Ryan
   Address: 8500 Southwest 92nd Street #202 Miami, FL 33156

Copies To:    Phone: (305) 275-2733
[All Parties to Mediation]    Email: djrmediator@ryanlawpa.com