UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-31934-AJC
Chapter 13

In re:

MALINDA D. BOATWRIGHT
*AKA* MELINDA BOATWRIGHT

Debtor(s)
_____/

### MOTION TO COMPEL DEBTOR TO MODIFY THE CHAPTER 13 PLAN

**COMES NOW**, Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SDl ("Movant"), by and through the undersigned attorney, and request this Court enter an order compelling the Debtor to modify the Chapter 13 Plan. In support of this Motion Movant states the following:

1. The Debtor's Fourth Amended Chapter 13 Plan (D.E.# 63) was confirmed by this Court on December 30, 2014(D.E. #81).

2. The Fourth Amended Chapter 13 Plan provides that the Debtor is attempting mediation with Shellpoint Mortgage Servicing.

3. The Debtor Filed a Motion for Referral to Mortgage Modification Mediation with Lender Shellpoint Mortgage Servicing (D.E. #37) and the Court entered the Order directing Mortgage Modification Mediation (D.E. #55) on June 18, 2014.

4. On May 13, 2016, the Mediator filed a Final Report and Notice of Completion of Mediation [Agreement not Reached] (D.E. #93). The parties were unable to reach an agreement.

20187.9402

5. Pursuant to the Local Rules of this Court regarding mediation and under the MMM language provided in the confirmed Fourth Amended Plan Chapter 13 Plan, the debtor has 14 days after the Mediators Final Report is filed to amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a proof of Claim.) or (b) provide that the real property will be surrendered.

6. Debtor is willfully ignoring the requirements of this Court with regards to the Mediation Procedures. The current plan should be modified to reflect that Shellpoint Mortgage Servicing is the servicer and to provide for the creditors secured claim, or in the alternative to surrender the property.

7. Secured Creditor requests an order compelling debtor to modify the plan and provide for treatment of the Secured Creditor's claim pursuant to 11 U.S.C. §§1325(a)(5) and 1329.

8. Secured Creditor is entitled to $500.00 incurred in attorney fees pursuant to the 11 U.S.C 1322(e) which fees should be added to the balance due to on the Note and Mortgage pursuant to the terms of those documents , but attorney fees should not be a personal obligation of the Debtor.

**WHEREFORE**, Movant respectfully moves this Court enter an order compelling the Debtor to modify the First Amended Chapter 13 Plan to provide for the secured creditors claim, or in the alternative, award relief from the automatic stay.

/s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place
525 Okeechobee Blvd, Suite 1570
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com

**I HEREBY CERTIFY** that a good faith attempt to resolve this dispute and the parties have been unable to reach an agreement.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of October of 2016, I electronically filed this Motion to Compel Debtor to Modify the Chapter 13 Plan with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically.

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

3

**13-31934-AJC**

*Debtor's Counsel*
**George E Rudd**
3191 Coral Way, Suite 401
Miami, FL 33145

  **I HEREBY CERTIFY** the foregoing document was served by first class, postage prepaid, U.S. Mail on to the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

*Debtor*
**Malinda D. Boatwright**
1301 NW 176 Terrace
Miami, FL 33169

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        /s/ Shirley Palumbo
        Shirley Palumbo, Esq.
        Florida Bar No. 73520
        City Place
        525 Okeechobee Blvd, Suite 1570
        West Palm Beach, FL 33401
        Tel: (561) 227-2370
        Fax: (954) 771-9264
        Email: Shirley.Palumbo@gmlaw.com